UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOSHANNA MORGAN,

                    Plaintiff,

-against-

PHIPPS HOUSING INC.,

                    Defendant.

21-CV-2892 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued April 6, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the January 12, 2020 order in *Morgan v. Catholic Guardian Soc'y*, No. 11-CV-1815 (LAP) (S.D.N.Y. Jan. 12, 2012), the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    April 6, 2021
            New York, New York

                                                      COLLEEN McMAHON
                                                 Chief United States District Judge